IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                    No. CIV S-04-0746 GEB GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.              <u>ORDER</u>

                              /

        This petition for writ of habeas corpus was denied on September 3, 2004 and judgment entered accordingly. Petitioner's filing, entitled request for order to show cause, filed on August 29, 2006, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 9/11/06                                 /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:bb
mill0746.158